**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

Peggy Nestor,

                         Debtor.
-----------------------------------------------------------------X
Marianne Nestor,

                   Appellant,                  24 **CIVIL** 7274 (JHR) (SLC)

      -against-                                    **JUDGMENT**

Albert Togut,

                     Appellee.
-----------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 24, 2025, this action is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           July 25, 2025

                                                      **TAMMI M. HELLWIG**
                                                         Clerk of Court

                              **BY:**   _[signature]_

                                                           **Deputy Clerk**